James A. Whitcomb, Appellant, v. Walker Hill, Respondent, and R. Russell Brant, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Joseph Wiesnewsky, Respondent, v. E. E. Smith Contracting Company, Appellant.— Order reversed and new trial granted, costs to abide the event, because of the error in the refusal of the learned trial court to charge as requested at folios 383 and 384. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Mary Wisniewsky, as Administratrix, etc., of John Wisniewsky, Deceased, Respondent, v. Edward C. Smith, Appellant.—Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Max Chasen, Respondent, v. Astoria Light, Heat and Power Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Frank C. Baker to Have His Name Stricken from the Roll of Attorneys of This Court.— Application granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of David Zirinsky, an Attorney.— The malpractice in swearing to, and submitting for taxation, a false and excessive bill of costs, and verifying the same by the affidavit of the attorney, is a serious offense. (*Matter of Mashbir*, 44 App. Div. 632.) In order that the actual disbursements incurred may be properly shown by vouchers and other proofs, and the matter be duly subjected to investigation, it is ordered that the charges herein be referred to the Hon. Josiah T. Marean, official referee, to take proof as to the proceedings in the action of *Lipsitz* v. *Beere*, and to report with his opinion thereon to this court. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. J. Benedict Roache, Complainant, v. Harry A. Hanbury, Accused.— Motions denied, upon condition that appellant perfect his appeal from the order adjudging him in contempt, place the case upon the April calendar, and be ready for argument when reached; otherwise, motions granted, with ten dollars costs. Present — Burr, Thomas, Carr, Rich and Putnam, JJ.